

**People of the State of Illinois, Plaintiff-Appellee, v. Jimmy Walker (Impleaded), Defendant-Appellant.**

Gen. No. 54,080. (Abstract of Decision.)

First District, Second Division.

March 24, 1970.

**Raymond Jeschke, Plaintiff, v. Mercury Builders, Inc., Defendant.**
**Mercury Builders, Inc., Third-Party Plaintiff-Appellee, v. Brule Incinerator Corporation, Third-Party Defendant-Appellant.**

Gen. No. 52,085.

First District, Fourth Division.

March 25, 1970.